IN THE SUPREME COURT OF THE STATE OF DELAWARE

DARRYL L. WARNICK, § 
§ 
Defendant Below, § No. 453, 2018
Appellant, § 
§ Court Below—Superior Court
v. § of the State of Delaware
§ 
STATE OF DELAWARE, § Cr. ID No. 1203011242 (K)
§ 
Plaintiff Below, § 
Appellee. § 

Submitted: September 25, 2018
Decided: October 26, 2018

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record below, we conclude that the August 20, 2018 Superior Court order denying the appellant's second motion for postconviction relief under Superior Court Criminal Rule 61 should be affirmed. The Superior Court did not err in concluding that the motion was procedurally barred and did not satisfy the pleading requirements of Rule 61(d)(2).

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice